# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WEYL,<br><br>    Plaintiff,<br><br>v.<br><br>DEPCOM POWER, INC., *et al.*,<br><br>    Defendants. | Case No. 25-cv-00741-BAS-DEB<br><br>**ORDER GRANTING IN PART PARTIES' JOINT MOTION TO AMEND THE COMPLAINT**<br><br>**(ECF No. 12)** |

    Presently before the Court is Plaintiff Gregory Weyl and Defendant[1] DEPCOM Power Inc.'s ("DEPCOM") Joint Stipulation to file a First Amended Complaint ("FAC"). (ECF No. 12.)  "In general, a court should liberally allow a party to amend its pleading." *Sonoma Cty. Ass'n of Retired Emps. v. Sonoma Cty.*, 708 F.3d 1109, 1117 (9th Cir. 2013) (citing Fed. R. Civ. P. 15(a)); *see also Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) ("A district court shall grant leave to amend freely when justice so requires.'").  Further, a party may amend its pleading without a court order where the opposing party consents in writing.  Fed. R. Civ. P. 15(a)(2).

---

[1] The Court notes that DEPCOM is the sole named Defendant, whereas the remaining Defendants are unidentified Does 1 through 100.

Here, considering (i) the broad policy favoring amendments to pleadings and (ii) the parties' joint motion, which indicates DEPCOM's consent to the amendment, the Court **GRANTS IN PART** the Joint Motion to the extent it seeks leave for Plaintiff to file a FAC.

However, the Court declines to approve the parties' Joint Motion insofar as it pertains to service of the FAC via Notice and Acknowledgment of Receipt ("NAR"), as well as the stipulated deadlines for DEPCOM to return the executed NAR and respond to the Complaint. (ECF No. 12 at 2:7–13.) In light of the fact that the parties have access to electronic service through the docket in this matter, the Court finds service via NAR is unnecessary. Accordingly, Plaintiff shall file his FAC on or before **July 25, 2025**. DEPCOM shall file a responsive pleading on or before **August 8, 2025**.

**IT IS SO ORDERED.**

DATED: July 16, 2025

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**